DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

VICTOR SHERMAN
State Bar No. 38483
SHERMAN & SHERMAN
A Professional Law Corporation
2115 Main Street
Santa Monica, CA 90405-2215
Telephone:  (310) 399-3259
Facsimile:   (310) 392-9029
Email:  ssvictor@aol.com

Attorneys for Defendant
TODD ANDREW AYSTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TODD ANDREW AYSTER,<br><br>Defendant. | 2:14-CR-00271 TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**. |

The parties request that the status conference, currently set for December 18, 2014 at 9:30 a.m., be continued to April 16, 2015 at 9:30 a.m., and stipulate that the time beginning December 18, 2014 and extending through April 16, 2015, should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

Defense counsel is continuing to review the discovery in the case; and, are awaiting the production of additional requested discovery.  Accordingly, the parties

believe that the forgoing justifies an exclusion of time from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence; and, continuity of counsel. (18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4). The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A)).

                                          DAVID W. DRATMAN
                                          VICTOR SHERMAN

Dated: December 15, 2014        By:  /s/ David W. Dratman
                                          DAVID W. DRATMAN
                                          Attorneys for Defendant
                                          TODD ANDREW AYSTER

Dated:  December 15, 2014       BENJAMIN B. WAGNER
                                          UNITED STATES ATTORNEY

                                      By: /s/ Olusere Olowoyeye*
                                          OLOUSERE OLOWOYEYE
                                          Assistant U.S. Attorney
                                          *Signed with permission

## **ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance

outweigh the interests of the public and that the time from December 18, 2014 to and including April 16, 2015 shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare and continuity of counsel pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (B)(iv)).

    IT IS SO ORDERED.

DATED: December 16, 2014

_____
Troy L. Nunley
United States District Judge