UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>TODD ANDREW AYSTER,<br><br>        Defendant. | No. 2:14-cr-271-GEB<br><br>**ORDER SUSTAINING EACH PARTY'S OBJECTION TO PROBATION'S FAILURE TO FIND THAT DEFENDANT RECEIVES THE MINOR ROLE REDUCTION IN HIS OFFENSE LEVEL** |

        Defendant and the United States object to paragraphs 18 and 20 in the Presentence Report contending that Defendant should receive a minor role reduction in his offense level under Guidelines sections 2D1.1(a)(5)(B)(ii) and 3B1.2(b).  Each party argues that the requested reduction changes the total offense level to 26 and the advisory guidelines range to 63 to 78 months in prison.

        The sentencing documents reveal defendant should receive the minor role reduction in his offense level, based on the degree of his culpability in the subject drug trafficking conspiracy.  Therefore, the objections concerning this matter are sustained and defendant's offense level is 26 and the advisory guideline imprisonment range is 63 to 78 months.

        Dated:  September 28, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge